James SHINGLER, Appellant,

v.

DISTRICT OF COLUMBIA, Appellee.

No. 2961.

Municipal Court of Appeals for the District of Columbia.

Submitted April 30, 1962.

Decided May 25, 1962.

T. Emmett McKenzie, Washington, D. C., with whom James K. Hughes, Washington, D. C., was on the brief, for appellant.

John R. Hess, Asst. Corp. Counsel, with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Prin. Asst. Corp. Coun-

---

sel, and Hubert B. Pair, Asst. Corp. Counsel, were on the brief, for appellee.

Before HOOD, Chief Judge, QUINN, Associate Judge, and MYERS, Associate Judge of The Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

Appellant was convicted by the trial judge, sitting without a jury, of operating a motor vehicle in the District of Columbia after revocation of his operator's permit.[1]

We have examined the record in this case and can find no error affecting substantial rights.

Affirmed.